# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **WILLIAM GREGORY WHITSON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No. 6:09-cv-00216-RBP |
| ) | |
| **JOHNNY BRUCE, et al.,** ) | |
| ) | |
| **Defendants** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 24, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DATED this 26th day of October, 2009.

*/s/ Robert B. Propst*

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**